IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ANDREAS JEJUAN SMITH,          )</br>                                )</br>    Petitioner,             )</br>                                )</br>    v.                          )</br>                                )</br>UNITED STATES OF AMERICA,       )</br>                                )</br>    Respondent.             )  | CIVIL ACTION NO.</br>  2:10cv934-MHT</br>       (WO) |

OPINION

Pursuant to 28 U.S.C. § 2255, petitioner, a federal inmate, filed this lawsuit seeking habeas relief.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that petitioner's writ petition be denied.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 28th day of March, 2013.

                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE