IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ANDREAS JEJUAN SMITH,         )
                              )
    Petitioner,               )
                              )    CIVIL ACTION NO.
    v.                        )     2:10cv934-MHT
                              )         (WO)
UNITED STATES OF AMERICA,     )
                              )
    Respondent.               )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. No. 22) is adopted.

(2) The 28 U.S.C. § 2255 petition for writ of habeas corpus (Doc. No. 1) is denied.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 28th day of March, 2013.**

                                   **/s/ Myron H. Thompson**
                                   **UNITED STATES DISTRICT JUDGE**